UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COSTAS PROVISIONS CORP., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:25-cv-13590-IT |
| COYOTE LOGISTICS, LLC et al., | * | |
| Defendants. | * | |

ORDER ADOPTING REPORT & RECOMMENDATION

On review of the Magistrate Judge's Report and Recommendation [Doc. No. 61], and having received no objection, the Report and Recommendation is ADOPTED. The court GRANTS Defendant Lineage Logistics, LLC's Motion to Dismiss [Doc. No. 29] under Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(5) for lack of personal jurisdiction and insufficient service of process, and DISMISSES all claims against Lineage Logistics, LLC, without prejudice; GRANTS Defendant Fast Freight Solutions LLC's Motion to Dismiss [Doc. No. 37] under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, and DISMISSES all claims against Fast Freight Solutions LLC, without prejudice; and GRANTS Defendant Coyote Logistics, LLC's Motion to Dismiss [Doc. No. 26] under Fed. R. Civ. P. 12(b)(6) for failure to state a claim, and DISMISSES Count I against Coyote Logistics, LLC, without prejudice, and Counts II and III against Coyote Logistics, LLC with prejudice.

IT IS SO ORDERED.

September 14, 2026

/s/ Indira Talwani
United States District Judge